IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stirn, Leonard R<br>Stirn, Tammi L<br>Printed: 01/06/09 | Case Number:  05 B 23885<br>Judge:  Wedoff, Eugene R<br>Filed:  6/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 13, 2008
Confirmed: September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 18,000.00 | |
| Secured: | | 12,916.12 |
| Unsecured: | | 2,356.38 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 1,027.50 |
| Other Funds: | | 0.00 |
| Totals: | 18,000.00 | 18,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dennis G Knipp | Administrative | 1,700.00 | 1,700.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 12,916.12 | 12,916.12 |
| 4. | Chrysler Financial Services Americas LLC | Unsecured | 2,213.13 | 1,448.85 |
| 5. | Sherman Acquisition | Unsecured | 332.95 | 217.97 |
| 6. | Nicor Gas | Unsecured | 136.63 | 89.45 |
| 7. | RoundUp Funding LLC | Unsecured | 916.68 | 600.11 |
| 8. | Bank Of America | Unsecured | 4,235.45 | 0.00 |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 16. | Lighthouse Financial Group | Unsecured | | No Claim Filed |
| 17. | Short Term Loans LLC | Unsecured | | No Claim Filed |
| 18. | Palisades Acquisition LLC | Unsecured | | No Claim Filed |
| 19. | The Bureau Inc | Unsecured | | No Claim Filed |
| 20. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 22,450.96 | $ 16,972.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stirn, Leonard R | Case Number: 05 B 23885 |
|---|---|---|
| | Stirn, Tammi L | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 6/15/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 302.50 |
| 5% | 50.00 |
| 4.8% | 96.00 |
| 5.4% | 189.00 |
| 6.5% | 390.00 |
| | $ 1,027.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

